# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOHN A. BARCH & MARY R. BARCH          Case Number: 07-71418
1331 PARKWOOD CIRCLE          SSN-xxx-xx-9393 & xxx-xx-4413
ALGONQUIN, IL  60102

Case filed on: 6/13/2007
Plan Confirmed on: 8/31/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $7,635.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BOHLMAN LAW OFFICES, P.C. | 3,500.00 | 3,500.00 | 1,904.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 1,904.00 | 0.00 |
| 999 | JOHN A. BARCH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | M & T BANK | 21,579.46 | 21,579.46 | 5,214.39 | 0.00 |
|  | Total Secured | 21,579.46 | 21,579.46 | 5,214.39 | 0.00 |
| 002 | A/R CONCEPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | DISCOVER FINANCIAL SERVICES | 1,397.41 | 1,397.41 | 0.00 | 9.72 |
| 005 | ECAST SETTLEMENT CORPORATION | 278.30 | 278.30 | 0.00 | 1.94 |
| 006 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | OMNIUM WW | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 1,619.49 | 1,619.49 | 0.00 | 11.27 |
| 009 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 3,295.20 | 3,295.20 | 0.00 | 22.93 |
|  | Grand Total: | 28,374.66 | 28,374.66 | 7,118.39 | 22.93 |

Total Paid Claimant:     $7,141.32
Trustee Allowance:       $493.68
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008          By  /s/Heather M. Fagan